SEPTEMBER 2, 1954

No. 58361.—SUIT 4796.—United States *v.* Allen Forwarding Co. ▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮—C. D. 1540 reversed
May 27, 1954.  C. A. D. 566.